IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| SANTOS GUERRIER-MEDINA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> YAJAK DEVELOPMENT CORP. d/b/a JPK ) <br> DEVELOPMENT, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:20-cv-0008 |

## ORDER

**THIS MATTER** comes before the Court *sua sponte*.

The initial docketing event in this case was a Motion for Refund filed Defendant Yajak Development Corp. ("Defendant") on February 4, 2022. In that motion, Defendant, through counsel, asserts that it started to file a Notice of Removal on January 28, 2020, to remove this case from the Superior Court but "decided to stop the filing process before any document was filed." However, before Defendant discontinued the filing process, Defendant paid the $400.00 new case filing fee. Defendant requested a refund of the $400.00 filing fee since the time for filing a Notice of Removal has passed and Defendant has decided not to remove the matter to the District Court.

On February 5, 2020, the Magistrate Judge issued an Order granting the motion for refund and directing the Clerk of Court to issue a refund to Defendant. There have been no further filings in this case.

Accordingly, after careful consideration and review, it is hereby

**ORDERED** that the Clerk's Office **SHALL** administratively **CLOSE** this case; it is further

**ORDERED** that a copy of the Order shall be served on counsel for Defendant.

**Dated:** October 12, 2022         */s/ Robert A. Molloy*
                                    **ROBERT A. MOLLOY**
                                    **Chief Judge**